BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CR S-09-091 GEB |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) TO CONTINUE STATUS CONFERENCE |
| | ) |
| LARRY EARL BROWN, | ) |
| | ) DATE: March 5, 2010 |
| Defendant. | ) TIME: 9:00 a.m. |
| _____ | ) CTRM: Hon. Garland E. Burrell |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and Linda Harter, Assistant Federal Defender, counsel for the defendant Larry Earl Brown, stipulate and request that the Court continue the status conference in this case from March 5, 2010, to March 19, 2010, at 9:00 a.m.

Counsels for the government and the defendant request additional time to complete their investigations and to attempt to resolve the case.

Based upon the foregoing, the parties agree that time under the Speedy Trial Act be excluded from March 5, 2010, through and

1

1   including March 19, 2010, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv)

2   - reasonable time to prepare and Local Code T-4 - reasonable time

3   for defense preparation.

4                                   Respectfully submitted,

5                                   BENJAMIN B. WAGNER
                                    United States Attorney
6

7   DATED: March 4, 2010        By: /s/ William S. Wong
                                    WILLIAM S. WONG
8                                   Assistant U.S. Attorney

9

10  DATED: March 4, 2010      By: /s/ Linda Harter
                                    LINDA HARTER
11                                  Assistant Federal Defender
                                    Attorney for Defendant
12

13  _____
                                    **ORDER**

14      Good cause having been shown, it is hereby ordered that this

15  matter be set for March 19, 2010, at 9:00 a.m. and that time be

16  excluded to that date pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii) and

17  Local Code T-4.

18  Dated:  March 8, 2010

19

20  _____
    GARLAND E. BURRELL, JR.
21  United States District Judge

22

23

24

25

26

27

28

                                    2