```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LARRY BROWN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-09-91 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE; |
| v. ) | EXCLUSION OF TIME |
| ) | |
| LARRY BROWN, ) | |
| ) | Date:  April 9, 2010 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Garland E. Burrell, Jr. |
| _____ ) | |

   It is hereby stipulated between the parties, William S. Wong, Assistant United States Attorney, attorney for Plaintiff, and Linda C. Harter, Chief Assistant Federal Defender, attorney for defendant, that the Status Conference hearing date of April 9, 2010 be vacated, and a new Status Conference hearing date of April 30, 2010 at 9:00 a.m. be set.

   The parties have been exploring possible resolutions of the case, and defense counsel is anticipating a tentative plea offer from government's counsel.  Additional time is needed to consider settlement options, review the offer with Mr. Brown when received, and to continue discussions with government counsel.

   It is further stipulated between the parties that the period from

the date of the signing of this Order through and including April 30, 2010 should be excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: April 8, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda C. Harter
_____
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
LARRY BROWN

Dated: April 8, 2010

BENJAMIN B. WAGNER
United States Attorney

/s/ Linda C. Harter for
_____
WILLIAM S. WONG
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: April 9, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order                              2