DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LARRY BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-09-91 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | CONTINUING STATUS CONFERENCE; |
| v. | ) | EXCLUSION OF TIME |
| | ) | |
| LARRY BROWN, | ) | |
| | ) | Date:  April 9, 2010 |
| Defendant. | ) | Time:  9:00 a.m. |
| | ) | Judge: Garland E. Burrell, Jr. |
| _____ | ) | |

It is hereby stipulated between the parties, William S. Wong, Assistant United States Attorney, attorney for Plaintiff, and Linda C. Harter, Chief Assistant Federal Defender, attorney for defendant, that the Status Conference hearing date of April 9, 2010 be vacated, and a new Status Conference hearing date of April 30, 2010 at 9:00 a.m. be set.

The parties have been exploring possible resolutions of the case, and defense counsel is anticipating a tentative plea offer from government's counsel.  Additional time is needed to consider settlement options, review the offer with Mr. Brown when received, and to continue discussions with government counsel.

It is further stipulated between the parties that the period from

1  the date of the signing of this Order through and including April 30,
2  2010 should be excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and
3  Local Code T4 based upon continuity of counsel and defense preparation.
4  Dated:  April 8, 2010

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Linda C. Harter
                                        _____
                                        LINDA C. HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        LARRY BROWN


Dated:  April 8, 2010                   BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/  Linda C. Harter for
                                        _____
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney

                                    **ORDER**

**IT IS SO ORDERED.**

Dated:  April 12, 2010

                               _____
                               GARLAND E. BURRELL, JR.
                               United States District Judge

Stip & Order                            2