1  BENJAMIN B. WAGNER
   United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CR S-09-091 GEB |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) TO CONTINUE STATUS CONFERENCE |
| | ) |
| LARRY EARL BROWN, | ) |
| | ) DATE: May 21, 2010 |
| Defendant. | ) TIME: 9:00 a.m. |
| _____ | ) CTRM: Hon. Garland E. Burrell |

   The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and Linda Harter, Assistant Federal Defender, counsel for the defendant Larry Earl Brown, stipulate and request that the Court continue the status conference in this case from April 30, 2010, to May 21, 2010, at 9:00 a.m.

   Counsels for the government and the defendant request additional time to resolve the terms of a plea agreement for entry of plea at the next hearing.

   Based upon the foregoing, the parties agree that time under the Speedy Trial Act be excluded from April 30, 2010, through and

1

including May 21, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) - reasonable time to prepare and Local Code T-4 - reasonable time for defense preparation.

                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: April 29, 2010      By:  /s/ William S. Wong
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney

DATED: April 29, 2010      By:  /s/ Linda Harter
                                        LINDA HARTER
                                        Assistant Federal Defender
                                        Attorney for Defendant

---

**ORDER**

    Good cause having been shown, it is hereby ordered that this matter be set for May 21, 2010, at 9:00 a.m. and that time be excluded to that date pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) and Local Code T-4.

Dated:  May 1, 2010

                                        GARLAND E. BURRELL, JR.
                                        United States District Judge