IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>LARRY EARL BROWN,<br><br>    Defendant. | Case №: 2:09-CR-000091  KJM<br><br>**O R D E R**<br>**APPOINTING COUNSEL** |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>LARRY EARL BROWN,<br><br>    Defendant. | Case №: 2:13-CR-000161  KJM |

The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel.

CJA Panel attorney Dina Santos is hereby appointed effective March 10, 2014, the date the Office of the Federal Defender first contacted her.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED: March 12, 2014.

_____
UNITED STATES DISTRICT JUDGE

ORDER APPOINTING COUNSEL      1